United States District Court
Southern District of Texas
**ENTERED**
January 05, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEATRICE Y. PUGA, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 1:19-CV-023 |
| WAL-MART STORES TEXAS, LLC, | | |
| Defendant. | | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii) (Doc. 30), indicating that they have settled the matter. Based on the Joint Stipulation, it is:

**ORDERED** that all causes of action by Plaintiff Beatrice Y. Puga against Wal-Mart Stores Texas, LLC are **DISMISSED WITH PREJUDICE**.

Each party will bear its own attorney's fees and costs.

The Clerk of Court is directed to close this matter.

Signed on January 5, 2021.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge